**Order entered March 18, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00463-CR

**GERALD JEFFERSON MUNOZ MONTANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F18-00457-Y

### ORDER

Based on the Court's opinion of this date, we **GRANT** appointed counsel Sharita Blacknall's February 13, 2020 motion to withdraw. We **DIRECT** the Clerk to **REMOVE** Ms. Blacknall as counsel of record in this appeal.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order. Appellate counsel shall review the record and file a brief addressing any

issues noted in the opinion issued in this case as well as any other grounds that might arguably support the appeal within **FORTY DAYS** of the date of counsel's appointment.

We **ORDER** court reporter Trashuna Salaam to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit #5, Blanca Espinosa's Dashcam video offered, admitted, and played at trial, with **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; Trashuna Salaam, court reporter, Criminal District Court No. 7; Sharita Blacknall; the Dallas County District Attorney's Office, Appellate Division, and appellant Gerald Jefferson Munoz Montano, TDCJ#02257354, Telford Unit, 3899 Hwy 98, New Boston, TX 75570.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the order appointing new counsel is received or the Court deems it appropriate to do so.

/s/     CORY L. CARLYLE
JUSTICE